B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court

### __Northern__ District of ____Illinois____

In re: __Larry Campbell____                    Case No. ____13 B 17437____
    __Debtor(s)__

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders
that the application be:

[ ] GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the
bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

    The debtor shall pay the chapter 7 filing fee according to the following terms:

    $ __76.50____ on or before __May 28, 2013__

    $ __76.50____ on or before __June 28, 2013__

    $ __76.50____ on or before __July 29, 2013__

    $ __76.50____ on or before __August 28, 2013__

    Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any
additional property to an attorney or any other person for services in connection with this case.

    IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE
INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held
on _____ at _____ : at _____ .
                                              (address of courthouse)

    IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY
DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER
DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: __May 13, 2013__

United States Bankruptcy Judge